IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KELLEY W. ANDERSON, III,

      Appellant,

 v.

Case No.  5D22-1639
LT Case No. 2010-CF-498

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 21, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Kelley W. Anderson, III, Blountstown,
pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.